# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

November 27, 2023

**Via ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

*Conference adjourned to 1/11/2024 at 10:30 a.m. in person.*

/s/ Colleen McMahon
11/28/2023

Re:   *Lewis et al v. City of New York*, 23-cv-07594-CM

Dear Judge McMahon,

We represent the Plaintiff in the above-caption matter and we write to request a 30-day adjournment of the Initial Pretrial Conference currently scheduled for November 30, 2023 at 10:00 a.m.

The reason for the request is that the Surrogates Court in Bronx County has not yet issued the Letters of Administration to Kelly Lewis, mother of the deceased Emanuel Sullivan, who died on Riker's Island. We have thoroughly investigated the Estate, and have obtained waivers from the mother of Mr. Sullivan's only child. So there is little risk of a disagreement regarding who should be the Administrator. But the Surrogates Court has not yet acted We are putting in additional papers this week to explain the urgency.

This is the first request for an extension of this deadline, and the City of New York, who has been served but has not yet had to put in an Answer, consents to this request.

Respectfully,

/s/

Rob Rickner

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: 11/28/2023*