UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KELLY LEWIS, individually and as '
proposed administrator of the Estate
of Emanual Sullivan,

          Plaintiff,

   -against-

THE CITY OF NEW YORK,

          Defendant.

------------------------------------------------------------x

23 civ., 7594 (CM)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/18/2024

## ORDER

McMahon, J.:

    Please provide the court with copies of all filings made by or on behalf of plaintiff in the Bronx Surrogates Court, whether by counsel in this case or by trusts and estates counsel or anyone else, together with the dates on which said filings were made with the court. I would appreciate learning the dates on which any applications were filed no later than tomorrow, March 19, 2024

Dated: March 18, 2024

                          _/s/ Colleen McMahon_
                              U.S.D.J.

BY ECF TO ALL COUNSEL