USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/2025

# Rickner PLLC

Rob Rickner | rob@ricknerpllc.com

*[Handwritten note: Rescheduled to 1/23/2025 @ 10:30 AM]*

*[Signature: Colleen McMahon]*

January 14, 2025

**Via ECF**

Hon. Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Lewis et al v. City of New York*, 23-cv-07594-CM

Dear Judge McMahon,

We represent the Plaintiff Kelly Lewis in the above-caption matter and write to request an adjournment of the Conference scheduled for January 16, 2025.

Unfortunately, I am on trial in the matter of *Johnson v. Comiskey, et al.*, 11-cv-02481 (SIL), in the Eastern District of New York, which my firm is handling pro bono. We expect the last witness to testify on Tuesday, January 21, 2025, and it is unlikely that the trial will extend past January 22nd. I have conferred with defense counsel, and we are both available on January 23rd and January 24th, if any time those days is amenable to the Court. This is the first request to adjourn this conference.

We thank the Court for considering this request.

Respectfully,

/s/

Rob Rickner